UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAIDEN BIOSCIENCES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-00327-G |
| | § | |
| DSS, INC. f/k/a DOCUMENT SECURITY | § | |
| SYSTEMS, INC., DECENTRALIZED | § | |
| SHARING SYSTEMS, INC., HWH | § | |
| WORLD, INC. f/k/a BLISS | § | |
| INTERNATIONAL, INC., RBC LIFE | § | |
| SCIENCES, INC., RBC LIFE | § | |
| INTERNATIONAL, INC., AND | § | |
| RBC LIFE SCIENCES USA, INC. | § | |
| | | |
| Defendants. | | |

**DSS DEFENDANTS' UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE AND CONSIDERATION OF THE DSS DEFENDANTS' OPPOSED MOTION FOR CONTINUANCE AND ENTRY OF AMENDED SCHEDULING ORDER**

Defendants DSS, Inc. ("DSS"), Decentralized Sharing Systems, Inc. ("Decentralized"), HWH World, Inc. f/k/a Bliss International Inc. ("HWH"), and RBC Life International, Inc. ("RBC International") (collectively the "DSS Defendants") file this Motion for Expedited Briefing Schedule and Consideration of DSS Defendants' Opposed Motion for Continuance and Entry of Amended Scheduling Order (the "Motion"), and in support thereof would respectfully show as follows:

I.

The DSS Defendants file this Motion contemporaneously with the DSS Defendants' Opposed Motion for Continuance and Entry of Amended Scheduling Order. Defendant RBC Life Sciences, Inc. ("RBC") and Plaintiff Maiden Biosciences, Inc. are unopposed to the Motion.[1]

---

[1] RBC Life Science USA, Inc. has not appeared.

**DSS DEFENDANTS' UNOPPOSED MOTION FOR
EXPEDITED BRIEFING SCHEDULE AND CONSIDERATION**  Page 1

Over the past year, Maiden Biosciences, Inc. ("Maiden") has amended its complaint on two occasions following two rounds of motion to dismiss briefing. Those litigation activities have drastically altered the scope of the lawsuit, resulting in the dismissal of a number of claims and defendants from the lawsuit. *See generally* Compl., ECF No. 1; First Am. Compl., ECF No. 57; Second Am. Compl., ECF No. 72. The motion to dismiss briefing delayed the parties ability to commence discovery and other litigation activities.

Further, there are rapidly approaching deadlines under the Court's operative scheduling order[2] that cannot reasonably be completed under the current schedule. For example, the Court's operative scheduling order requires expert witness designations by April 8, 2022. *See* Scheduling Order, ECF No. 46. It was not until the filing of Maiden's December 17, 2021 Second Amended Complaint that the Parties knew that Maiden's claims were based on the alleged fraudulent transfer of *both* RBC and RBC USA assets. *See* Second Am. Compl., ECF No. 72.

Expedited briefing and consideration of the DSS Defendants' Opposed Motion for Continuance and Entry of Amended Scheduling Order is necessary because the motion would not be ripe for determination under a traditional briefing schedule until just days before the expert witness designation deadline. *See* N. D. Tex. L. Civ. R. 7.1(e)-(f). An expedited briefing schedule will not prejudice the parties but will ensure that all parties are able to, comply with Court ordered deadlines and adequately prepare their claims and defenses.

## II.

Defendants DSS, Inc., Decentralized Sharing Systems, Inc., HWH World, Inc. f/k/a Bliss International Inc., and RBC Life International, Inc. respectfully request that:

---

[2] The scheduling order was entered and agreed to prior to entry of the Court's orders on the motions to dismiss and prior to the filing of the Second Amended Complaint.

**DSS DEFENDANTS' UNOPPOSED MOTION FOR
EXPEDITED BRIEFING SCHEDULE AND CONSIDERATION**                                    **Page 2**

1. The Court grant this Motion;

2. Maiden Biosciences Life, Inc. be ordered to file its response to the DSS Defendants' Opposed Motion for Continuance and Entry of Amended Scheduling Order within seven (7) calendar days of the Order Granting this Motion, unless it is a Saturday, Sunday, or legal holiday, in which the event period runs until the end of the next day which is not a Saturday, Sunday, or legal holiday;

3. The DSS Defendants be ordered to file their reply within four (4) calendar days of Maiden Biosciences Life, Inc. filing its response, unless it is a Saturday, Sunday, or legal holiday, in which event the period runs until the end of the next day which is not a Saturday, Sunday, or legal holiday;

4. The Court rule on the DSS Defendants' Opposed Motion for Continuance and Entry of Amended Scheduling Order on an expedited basis—preferably within three (3) business days of the deadline for the DSS Defendants to file their reply;

5. For all such other and further relief to which the Court finds the DSS Defendants justly entitled.

Respectfully submitted,


By: */s/ James Carlos McFall*
    James Carlos McFall
    State Bar No. 24083479
    CA State Bar No. 322116
    jmcfall@jw.com
    Shelisa E. Brock
    State Bar No. 24097420
    sbrock@jw.com
    Eric D. Wong
    State Bar No. 24102659
    ewong@jw.com
    2323 Ross, Suite 600
    Dallas, Texas 75201
    Telephone: (214) 953-6000
    Facsimile: (214) 661-6690

— and —

Bruce Ruzinsky
State Bar No. 17469425
bruzinsky@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221


**ATTORNEYS FOR DOCUMENT SECURITY SYSTEMS, INC., DECENTRALIZED SHARING SYSTEMS, INC., HWH WORLD, INC. F/K/A BLISS INTERNATIONAL, INC., AND RBC LIFE INTERNATIONAL, INC.**

## CERTIFICATE OF CONFERENCE

This certifies that, on February 24, 2022, counsel for the moving parties conferred with Plaintiff's counsel, Matt Scorcio, about the relief requested herein and Maiden is unopposed to this Motion. This further certifies that, on February 25, 2022, counsel for the moving parties conferred with RBC Life Science, Inc.'s counsel, Greg Ackels Sr. and Greg Ackels Jr., about the relief requested herein and RBC Life Science, Inc. is unopposed to this Motion. RBC Life Science USA, Inc. has not appeared in this case.

*/s/ Shelisa E. Brock*
Shelisa E. Brock

## CERTIFICATE OF SERVICE

This is to certify that, on February 25, 2022, a true and correct copy of the foregoing document was served electronically via ECF on all counsel of record.

*/s/ James Carlos McFall*
James Carlos McFall