IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MAIDEN BIOSCIENCES, INC., | § |
| Plaintiff, | § |
| VS. | § Civil Action No. 3:21-CV-0327-D |
| DOCUMENT SECURITY SYSTEMS, INC., et al., | § |
| Defendants. | § |

## **MEMORANDUM DECISION**

The judgment entered today does not include plaintiff's request for an injunction so that the court can ensure that the parties are heard before an injunction is entered. Plaintiff can move to alter or amend the judgment based on the absence of an injunction, which will enable the court to consider whether an injunction should be granted.

December 20, 2022.

SIDNEY A. FITZWATER
SENIOR JUDGE